51598. POWER et al. v. TALLANT et al.

MARSHALL, Judge.

Appellant's brief contains a mere recital of the existence of a single error without argument or citation of authority. The single enumeration is deemed to have been abandoned. *Andrew v. State,* 229 Ga. 388, 389 (191 SE2d 841); *Ezzard v. State,* 229 Ga. 465 (192 SE2d 374); *Rodriguez v. Newby,* 131 Ga. App. 651, 655 (5) (206 SE2d

585); *O'Kelley v. Hayes,* 132 Ga. App. 134 (207 SE2d 641). There being no matter for consideration by this court, the judgment is affirmed.

*Judgment affirmed. Pannell, P. J., and Evans, J., concur.*

Submitted January 6, 1976 — Decided February 12, 1976.

*H. S. Mahan,* for appellees.